# United States District Court
## For The Western District of North Carolina
## Charlotte Division

William N. Raynor,

    Plaintiff(s),

vs.

Rick Jackson, et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:06-cv-469-3

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 20, 2006 Order.

Signed: November 20, 2006

Frank G. Johns, Clerk
United States District Court